IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN GARCIA-MEZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>Defendant. | CASE NO. 22-cv-7090<br><br>DEMAND FOR JURY TRIAL |

## UNOPPOSED MOTION TO EXTEND COMPLAINT RESPONSE TIME

Defendant Convergent Outsourcing, Inc. ("COI"), pursuant to Fed. R. Civ. P. 6(b)(1)(A), respectfully requests an extension of time for COI to answer, move, or otherwise plead in response to Plaintiff's Class Action Complaint. In support of this Motion, COI states:

1. Plaintiff filed this action on November 9, 2022, in the Circuit Court of Cook County, Illinois, County Department, Chancery Division. (Dkt. 1, Ex. A.)

2. COI was served on November 21, 2022 and removed this action to federal court on December 16, 2022. (Dkt. 1.)

3. COI's response to the Complaint is due December 23, 2022.

4. Together, COI and Plaintiff moved on December 16, 2022 to transfer this action to the United States District Court for the Western District of Washington, where multiple class actions arising from the same alleged incident were recently consolidated under the caption *Guy v. Convergent Outsourcing, Inc.*, No. C22-1558 MJP (W.D. Wash.).

5. An extension of COI's deadline to respond to the Complaint until the later of either February 8, 2023, or thirty (30) days after the filing of a Consolidated Amended Complaint in the

Western District of Washington will permit sufficient time to work through various transfer and consolidation issues related to the pending actions.

6. This is COI's first request for an extension of time to respond to the Complaint, and the requested extension will not prejudice any party.

7. Counsel for COI has conferred with Plaintiff's counsel, and Plaintiff does not oppose the requested extension.

WHEREFORE, COI respectfully requests an extension of time to answer, move, or otherwise respond to the Complaint until the later of either February 8, 2023, or thirty (30) days after the filing of a Consolidated Amended Complaint in the Western District of Washington.

Dated: December 16, 2022

Respectfully submitted,

*/s/ Maria Boelen*
Maria Boelen
**BAKER & HOSTETLER LLP**
One North Wacker Drive
Suite 4500
Chicago, IL 60606
mboelen@bakerlaw.com
Telephone: (312) 416-6200
Facsimile: (312) 416-6201

*Attorney for Defendant*
*Convergent Outsourcing, Inc.*

## **CERTIFICATE OF SERVICE**

I, Maria Boelen, certify that on the 16th day of December 2022, the foregoing ***Unopposed Motion to Extend Complaint Response Time***, was served upon all counsel of record via the Case Management/Electronic Case Filing ("CM/ECF") System.

*/s/ Maria Boelen*
Maria Boelen

*Attorney for Defendant*
*Convergent Outsourcing, Inc*
